**Robert A. ALEXANDER and Donald K. Alexander, Plaintiffs/Appellants,**

v.

**U.S. BANK NATIONAL ASSOCIATION, Defendant/Respondent.**

**No. ED 87117.**

Missouri Court of Appeals,
Eastern District,
Division Five.

April 25, 2006.

Rehearing Denied June 1, 2006.

Application for Transfer Denied
Aug. 22, 2006.

Robert A. Alexander, St. Louis, MO, pro se.

Donald K. Alexander, Rocky Mount, MO, pro se.

Mike W. Bartolacci, Matthew J. Landwehr, St. Louis, MO, for Respondent.

---

4. Hertz's motion for costs is denied.

Before GLENN A. NORTON, C.J., KENNETH M. ROMINES, J., and ROY L. RICHTER, J.

*ORDER*

PER CURIAM.

Robert A. Alexander and Donald K. Alexander appeal the judgment of the trial court denying their motion for summary judgment. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).